**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Lazer Kraze, Inc.** | ) | **Case No: 14-14218-IT** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -v- | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **PARITAL SUMMARY JUDGMENT** |
| | ) | |
| | ) | |
| | ) | |
| **Hughes Entertainment, Inc.** | ) | |
| **d/b/a Laser Craze** | ) | |
| **Defendant.** | ) | |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Lazer Kraze, Inc. ("LKI") respectfully moves this Court to grant partial summary judgment against Defendant Hughes Entertainment, Inc. ("Hughes"). There is no genuine dispute of material fact, and LKI is entitled to judgment as a matter of law that Hughes has infringed LKI's registered, incontestable trademark LAZER KRAZE. The undisputed facts demonstrate that Hughes' LASER CRAZE mark is likely to be confused with LKI's LAZER KRAZE mark, and that LAZER KRAZE is an incontestable, registered trademark entitled to national exclusivity. Hughes provides no evidence to support its proffered defense. Accordingly, this case is ripe for summary judgment.

LKI's motion is supported by the accompanying memorandum (including a Local Rule 56.1 Statement of Undisputed Material Facts), declarations and exhibits.

Date: November 11, 2015

        Respectfully submitted,

        /s/ Matthew A. Kane
        Marc C. Laredo, BBO No. 543973
        Mark D. Smith, BBO No. 542676
        Matthew A. Kane, BBO No. 666981
        Laredo & Smith, LLP
        101 Federal Street, Suite 650
        Boston, MA 02110
        Tel: (617) 443-1100
        Fax: (617) 443-1174
        laredo@laredosmith.com
        smith@laredosmith.com
        kane@laredosmith.com

        Thomas F. Hankinson
        J. Michael Hurst
        Keating Muething & Klekamp PLL
        Suite 1400
        One East Fourth Street
        Cincinnati, OH 45202
        Tel: (513) 579-6400
        Fax: (513) 579-6457
        mhurst@kmklaw.com
        thankinson@kmklaw.com

        *Attorneys for Lazer Kraze, Inc.*

## **LOCAL RULE 7.21(A)(2) CERTIFICATION**

I hereby that counsel have conferred, and that the parties are unable to resolve or narrow the issues presented in their summary judgment filings.

        /s/ Matthew A. Kane
        Matthew A. Kane

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2015, I caused true and correct copies of the foregoing to be filed electronically using the court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

                                                /s/ Matthew A. Kane  
                                                Matthew A. Kane

6418089.1