UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAZER KRAZE, INC.<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>HUGHES ENTERTAINMENT, INC.,<br><br>　　　　Defendant | CIVIL ACTION NO. 14-14218-IT |

**HUGHES ENTERTAINMENT, INC.'S MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Hughes Entertainment, Inc. ("Hughes Entertainment") hereby moves this Court to enter summary judgment in its favor and against Plaintiff Lazer Kraze, Inc. as to all claims asserted by Plaintiff in the above-captioned matter. The grounds upon which this motion is based are more fully set forth in the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Defendant's Rule 56.1 Statement of Undisputed Facts, Defendant's Appendix of Exhibits in Support of Motion for Summary Judgment, the Affidavit of Gregory Hughes, the Affidavit of Lee Gesmer, the Affidavit of Leslie Martello and the Affidavit of Cheryl Perkins.

**Local Rule 71(A)(2) Certification**

The undersigned counsel certify that the parties have conferred and have attempted in good faith to narrow or resolve the issues presented by this motion. Those efforts have proven to be unsuccessful.

910561.1

**Request for Oral Argument**

Hughes Entertainment, Inc. requests oral argument with respect to the Motion as it believes it will assist the Court in analyzing the issues presented.

                                                  Respectfully Submitted,

                                                  /s/ Lee T. Gesmer
                                                  Lee T. Gesmer (BBO #190260)
                                                  Joseph J. Laferrera (BBO No. 564572)
                                                  Nicole E. Forbes ((BBO No. 674022)
                                                  Gesmer Updegrove LLP
                                                  40 Broad Street
                                                  Boston, Massachusetts 02109
                                                  Telephone:  (617) 350-6800
                                                  Facsimile:  (617) 350-6878
                                                  Email: lee.gesmer@gesmer.com

Dated: November 13, 2015                     *Attorneys for Hughes Entertainment, Inc.*

910561.1