UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lazer Kraze, Inc. | ) | |
| | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-14218-IT |
| | ) | |
| Hughes Entertainment, Inc. | ) | |
| d/b/a/ Laser Craze | ) | |
| | ) | |
|     DEFENDANTS | ) | |
| | ) | |

## **NOTICE OF SETTLEMENT**

Please take notice that the parties in the above-captioned action have reached a tentative settlement agreement in this case. The parties are in the process of finalizing their agreement and respectfully request the entry of a 60 day *nisi* order.

| | |
|---|---|
| Plaintiff, | Defendant, |
| | |
| LAZER KRAZE, INC. | HUGHES ENTERTAINMENT, INC., |
| By its attorneys, | d/b/a Laser Crase, |
| | |
| /s/ Matthew A. Kane | /s/ Lee T. Gesmer |
| Marc C. Laredo, BBO# 543973 | Lee T. Gesmer, BBO# 190260 |
| Matthew A. Kane, BBO# 666981 | Gesmer Updegrove LLP |
| Laredo & Smith, LLP | 40 Broad Street |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 443-1100 | 617-350-6800 |
| laredo@laredosmith.com | lee.gesmer@gesmer.com |
| kane@laredosmith.com | |

Dated: February 29, 2016

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail to those identified as non-registered participants.

                                        /s/ Matthew A. Kane
                                        Matthew A. KAne

Dated: February 29, 2016